IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:05-00279 |
| v. ) | JUDGE HAYNES |
| ) | |
| HRRW, LLC and CRAIG HAYES ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant Craig Hayes's motion for summary judgment (Docket Entry No. 24) is **GRANTED** and the Defendant HRRW's motion for summary judgment (Docket Entry No. 20-1) is **GRANTED**. Accordingly, this action is **DISMISSED with prejudice.** Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___14th___ day of November, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge